**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DAVID B. KETROSER, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. KETROSER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KCP RE LLC, a California limited liability company; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 19-cv-06698-LB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DIMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>FRCP 41(a)(1)(A)(i) |

　　　PLEASE TAKE NOTICE that Plaintiff DAVID B. KETROSER dismisses this action, through his undersigned counsel, in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has filed neither an answer nor a motion for summary judgment.

Dated: December 2, 2019　　　　　　　　／s／
　　　　　　　　　　　　　　　　Irene Karbelashvili, Attorney for Plaintiff
　　　　　　　　　　　　　　　　DAVID B. KETROSER